NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SCIELE PHARMA INC. (NOW KNOWN AS SHIONOGI PHARMA INC.),**
*Plaintiff-Appellee,*

AND

**ANDRX CORPORATION, ANDRX PHARMACEUTICALS INC. (DOING BUSINESS AS WATSON LABORATORIES INC. – FLORIDA), ANDRX PHARMACEUTICALS L.L.C., ANDRX LABORATORIES (NJ) INC., ANDRX EU LTD.,** AND **ANDRX LABS L.L.C.,**
*Plaintiffs,*

v.

**LUPIN LTD.** AND **LUPIN PHARMACEUTICALS INC.,**
*Defendants-Appellants,*

AND

**MYLAN INC.** AND **MYLAN PHARMACEUTICALS INC.,**
*Defendants.*

---

2012-1228

---

Appeal from the United States District Court for the District of Delaware in consolidated case no. 09-CV-0037, Judge Robert B. Kugler.

---

## ON MOTION

---

Before LOURIE, PROST, and MOORE, *Circuit Judges.*

PER CURIAM.

## O R D E R

Lupin Ltd. and Lupin Pharmaceuticals (Lupin) move for a stay, pending appeal, of the preliminary injunction entered by the United States District Court for the District of Delaware. Sciele Pharma Inc. et al. oppose.

In deciding whether to grant a stay, pending appeal, this court "assesses the movant's chances of success on the merits and weighs the equities as they affect the parties and the public." *E. I. du Pont de Nemours & Co. v. Phillips Petroleum Co.*, 835 F.2d 277, 278 (Fed. Cir. 1987). *See also Standard Havens Prods. v. Gencor Indus.*, 897 F.2d 511 (Fed. Cir. 1990). To prevail, a movant must establish a strong likelihood of success on the merits or, failing that, must demonstrate that it has a substantial case on the merits and the harm factors militate in its favor. *Hilton v. Braunskill*, 481 U.S. 770, 778 (1987).

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**APR 1 8 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  David B. Bassett, Esq.
Douglass C. Hochstetler, Esq.
Mary B. Matterer, Esq.

s24

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

APR 1 8 2012

**JAN HORBALY**
**CLERK**